UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:19-CR-00043-JRG-CRW |
| ) | |
| JEREMY DUANE ROBERTS ) | |

## **ORDER**

Defendant's sentencing hearing is hereby **RESET** for Monday, July 20, at 2:30 p.m.

So ordered.

ENTER:

                                                  s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE